UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**HEATHER YORK,**   CASE NO.   **31:12-cv-188**

   Plaintiff,   **Judge Timothy S. Black**
**Magistrate Judge Michael R. Merz**

  **-vs-**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

  Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. 19) is **ADOPTED IN ITS ENTIRETY**; the Commissioner's decision that the Plaintiff was not disabled is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: April 2, 2013   **JOHN P. HEHMAN, CLERK**

   By: *s/ M. Rogers*
   Deputy Clerk